**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2054

ERMA FRAZIER,

Plaintiff – Appellant,

v.

ANGELA REPASS; MELISSA SMITH; REGINA KELLY; KAROL SEILER; DAVID REPASS; SALVATION ARMY DHQ; REGINA DAVIS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  J. Michelle Childs, District Judge. (1:11-cv-03356-JMC)

Submitted: November 21, 2013      Decided: November 25, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Erma Frazier, Appellant Pro Se. Joan Elizabeth Winters, JOAN ELIZABETH WINTERS LAW OFFICES, Chester, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erma Frazier appeals the district court's order entering judgment in favor of the remaining Appellees in accordance with the jury's verdict on Frazier's claim of retaliation and directing judgment in favor of the Appellees on Frazier's claims of race and age discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court and deny Frazier's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED